# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-1227 September Term, 2005

2005 NOV -7 P 4: 33

Filed On:

Mohan Kutty, M.D.,
    Petitioner

v.

United States Department of Labor,
    Respondent



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
NOV 1 2005
CLERK

### ORDER

Upon consideration of the motion to dismiss, the response thereto and motion to transfer, and the parties' stipulation regarding transfer, it is

**ORDERED** that this case be transferred to the United States District Court for the Eastern District of Tennessee.

The Clerk is directed to transmit a certified copy of this order, and the original case file, to the United States District Court for the Eastern District of Tennessee.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

         BY: _____
                Mark Butler
                Deputy Clerk

A True copy:

         United States Court of Appeals
         for the District of Columbia Circuit

By: _____ Deputy Clerk