
| | |
|---|---|
| Court of Appeals Docket #: 05-1227<br>Nsuit:     0<br>Kutty, Mohan v. LABR<br><br>Appeal from: U.S. Department of Labor | Filed: 6/30/05 |

Lower court information:

    District: 0090-1 : LABR-ARB-03-022
    Date Filed: \*\*/\*\*/\*\*
    Date order/judgment: \*\*/\*\*/\*\*
    Date NOA filed: \*\*/\*\*/\*\*

Fee status: paid

Prior cases:
   None
Current cases:
   None

| | |
|---|---|
| MOHAN KUTTY, M.D.<br>    Petitioner | Yoshiko Inoue Robertson<br>FAX 949-955-5599<br>[COR LD NTC ret]<br>Angelo Alfred Paparelli<br>FAX 949-955-5599<br>[COR ret]<br>Paparelli & Partners LLP<br>4 Park Plaza<br>Suite 200<br>Irvine, CA 92614<br>949-955-5555 |
| v. | |
| UNITED STATES DEPARTMENT OF LABOR<br>    Respondent | R. Craig Lawrence, Assistant U.S. Attorney<br>FAX 202-514-8780<br>202-514-7159<br>[COR LD NTC gvt]<br>Michael Joseph Ryan, Assistant U.S. Attorney<br>FAX 202-514-8780<br>202-514-7352<br>[COR gvt]<br>Kenneth L. Wainstein, U.S. Attorney<br>FAX 202-514-8780<br>202-514-6600<br>[COR gvt]<br>U.S. Attorney's Office<br>(USA) Civil Appellate<br>555 4th Street, NW<br>Washington, DC 20530<br>202-514-7159 |

Mohan Kutty, M.D.

        Petitioner

  v.

United States Department of Labor

        Respondent

05-1227   Kutty, Mohan v. LABR

| Date | Entry |
|---|---|
| 6/30/05 | PETITION FOR REVIEW CASE docketed. Petition for Review filed by Petitioner Mohan Kutty. [903615-1] (mam) |
| 7/13/05 | CLERK'S ORDER filed [905535] directing Petitioner to file [905535-1] : docketing statement due 8/12/05 for Mohan Kutty ; certificate of counsel due 8/12/05 for Mohan Kutty ; statement of issues due 8/12/05 for Mohan Kutty ; any procedural motions due 8/12/05 for Mohan Kutty ; deferred appendix notice due 8/12/05 for Mohan Kutty ; any dispositive motions due 8/29/05 for Mohan Kutty ;, directing Respondent to file [905535-2] : any procedural motions due 8/12/05 for LABR ; appearance form due 8/29/05 for LABR ; certified index to the record due 8/29/05 for LABR ; any dispositive motions due 8/29/05 for LABR ; . [Entry Date: 7/13/05] (lme) |
| 7/13/05 | Letter sent Attorney Non-Member letter. Application for admission - due 8/12/05 for Yoshiko Robertson.  Documents sent:  Application for admission. (lme) |
| 7/27/05 | INITIAL SUBMISSIONS filed by Petitioner Mohan Kutty [916315-1] : docketing statement; statement of issues; deferred appendix notice ( Deferred Appendix needed = y  ); . (mam) |
| 8/5/05 | MOTION filed (5 copies) by Respondent LABR (certificate of service dated 8/5/05 ) to dismiss case for lack of jurisdiction [911486-1] and to extend the time to file the certified index [911486-2] (lej) |
| 8/12/05 | INITIAL SUBMISSIONS filed by Petitioner Mohan Kutty [916316-1] : certificate of counsel;  . (mam) |
| 8/18/05 | OPPOSITION filed [916318-1] (5 copies) by Petitioner Mohan Kutty (certificate of service by mail dated 8/17/05 ) to a motion dismiss case lack/jurisdiction [911486-1] and MOTION filed, to transfer case to the US District Court for the District of Columbia. (mam) |
| 9/28/05 | STIPULATION filed (5 copies) to transfer case to the E D TN [922553-1]. (mam) |
| 11/1/05 | CLERK'S ORDER filed [928763] considering motion to dismiss, motion to transfer and parties stipulation regarding transfer and ordering that case be transferred to USDC Eastern District of Tennessee.  Clerk directed to transmit certified copy of order and original case file to USDC Eastern District of Tennessee. No mandate shall issue. [928763-1]  . [Entry Date: 11/1/05] (mam) |
| 11/1/05 | CERTIFIED MAIL [928779-1] SENT with return receipt requested ( Receipt #: 7099-3400-0012-2875-5086 ) to Clerk's Office, USDC Eastern District of TN:  transfer order and original file [928763-1]   . (mam) |

