# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MOHAN KUTTY, M.D., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:05-CV-510 |
| | ) (Phillips) |
| UNITED STATES DEP'T OF LABOR, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Petition for Review by Dr. Mohan Kutty. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the petition,

**IT IS ORDERED AND ADJUDGED** that Dr. Kutty take nothing, and that the petition be **DISMISSED**.

Dated at Knoxville, Tennessee, this _____ day of August, 2011.

                                                     s/ Patricia L. McNutt
                                                        Clerk of Court